Opinion filed August 28, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed August 28,
2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00125-CV

                                                    __________

 

                                   HERBY ARMENDARIZ, Appellant

 

                                                             V.

 

              CHIEF -
ODESSA POLICE DEPARTMENT ET AL, Appellees

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                                                Trial
Court Cause No. C-127,412

 



 

                                             M
E M O R A N D U M   O P I N I O N

Herby
Armendariz sued Odessa Police Department Chief and various officers for $5000
in damages as a result of an alleged invasion of Armendariz=s privacy.  The trial court
dismissed Armendariz=s
suit for failure to comply with the requirements of Tex. Civ. Prac. & Rem. Code Ann. '' 14.001-.006 (Vernon 2002).  We affirm.








Armendariz
has filed two memorandums arguing that his suit is not frivolous, but he does
not address the trial court=s
findings that he failed to comply with the statutory requirements of Articles
14.003 and 14.004.  We have reviewed the record before this court and find that
the trial court did not abuse its discretion.  Armendariz failed to comply with
the appropriate statutory requirements for his suit.  All of Armendariz=s contentions have been
considered, and each is overruled.

The
order of the trial court is affirmed.

 

 

PER CURIAM

 

August 28, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.